UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY LARSHIN,<br><br>           Petitioner,<br><br>   v.<br><br>J. PICKETT, Warden,<br><br>           Respondent. | No. 2:21-cv-0122 JAM KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

      By an order filed January 27, 2021, petitioner was ordered to file a habeas petition on the proper form, and to file an in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days, or this action would be dismissed. The thirty-day period has now expired, and although petitioner filed an amended petition, he failed to file an in forma pauperis affidavit, or pay the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **twenty-one** days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

/////

1

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 1, 2021

/lars0122.fpf.hab

_[signature]_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE