UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY LARSHIN, | No. 2:21-cv-0122 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| J. PICKKET, | |
| Respondent. | |

      Petitioner is a state prisoner, proceeding pro se.  On October 12, 2021, petitioner was ordered to file a motion to amend, along with an amended petition.  On November 8, 2021, petitioner filed a motion to amend, but did not provide an amended petition.

      The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court.  Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition.  See Rule 2(c), Rules Governing § 2254 Cases.

      Petitioner is hereby notified that in order for this court to address his motion to amend, he must file an amended petition and use the proper form.  Furthermore, although petitioner may have addressed issues in his motion to amend, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted **twenty-one** days from the date of this order to file an amended application for writ of habeas corpus;[1]

2. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

Dated: November 15, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/lars0122.115

---

[1] By setting this deadline the court is making no finding or representation as to the timeliness of the habeas petition.

2